No. 208. STATE OF CALIFORNIA *v.* MONO COUNTY IRRIGATION COMPANY. Error to the District Court of Appeal, Third Appellate District, State of California. Submitted March 5, 1919. Decided March 10, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. U. S. Webb* and *Mr. John T. Nourse* for plaintiff in error. No appearance for defendant in error.

No. 209. STATE OF CALIFORNIA *v.* PACIFIC POWER COMPANY. Error to the District Court of Appeal, Third Appellate District, State of California. Submitted March 5, 1919. Decided March 10, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. U. S. Webb* and *Mr. John T. Nourse* for plaintiff in error. No appearance for defendant in error.